UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **CHRISTOPHER T. DAIL,** *Plaintiff*, v. **BYRIDER FRANCHISING, LLC, and CAR NOW ACCEPTANCE CORPORATION,** *Defendants*. | CASE NO. 1:22-cv-01880-JPH-DLP |

**DEFENDANTS' NOTICE
OF AUTOMATIC INITIAL ENLARGEMENT OF TIME**

Byrider Franchising, LLC and Car Now Acceptance Corporation, Defendants, submit their Notice of Automatic Initial Enlargement of Time, pursuant to Local Rule 6-1(B) and state:

1. Defendants' responsive pleadings are presently due on or before October 25, 2022.

2. Defendants' counsel needs additional time to evaluate this case and prepare appropriate responsive pleadings.

3. Plaintiff has no objection to an initial extension of time for Defendants to answer or otherwise respond to Plaintiff's Complaint.

4. Defendants' responsive pleading deadline has not been previously extended and this extension does not interfere with any case management plan, any scheduled hearings, or any other deadlines in this case.

5. Accordingly, Defendants' responsive pleading deadline is hereby extended from October 25, 2022, to November 22, 2022.

Dated: October 17, 2022

Respectfully submitted,

/s/ Brian S. Jones
BRIAN S. JONES
Attorney No. 29578-49
**BOSE MCKINNEY & EVANS LLP**
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 684-5000
Facsimile: (317) 684-5173
b.jones@boselaw.com

**ATTORNEYS FOR DEFENDANTS, BYRIDER FRANCHISING, LLC, and CAR NOW ACCEPTANCE CORPORATION**

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on October 17, 2022, a true and correct copy of the above and foregoing was filed electronically through the Court's CM/ECF system. Service of this filing will be made on all ECF-Registered counsel by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

/s/ Brian S. Jones
BRIAN S. JONES

4453049